OREGON RY. & NAV. CO. v. FARMERS' LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 268. Appeal from the Circuit Court of the United States for the District of Oregon. Zera Snow and J. M. Woolworth, for appellant. William L. Brewster, Dolph, Mallory & Simon, and Story & Srumble, for appellee. No opinion. Dismissed by agreement, pursuant to the twentieth rule.

---

PAYNE v. WALKER et al. (Circuit Court of Appeals, Eighth Circuit. February 15, 1897.) No. 817. In Error to the Circuit Court of the United States for the District of Kansas. Waters & Waters and Mr. Light, for plaintiff in error. A. A. Hurd, O. J. Wood, and W. Littlefield, for defendants in error. No opinion. Affirmed, with costs.

---

PHILLIPS et al. v. SULLIVAN MACHINERY CO. (Circuit Court of Appeals, Third Circuit. March 24, 1897.) No. 13. Appeal from the Circuit Court of the United States for the Western District of Pennsylvania. No opinion. Dismissed, without prejudice, on motion of counsel for appellants.

---

REED v. CLARK. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 242. Appeal from the Circuit Court of the United States for the District of Oregon. Dolph, Mallory, Simon & Strahan, for appellant. Zera Snow, for appellee. No opinion. Dismissed after argument.

---

RIO GRANDE BRIDGE & TRAMWAY CO. v. HOLLAND TRUST CO. (Circuit Court of Appeals, Fifth Circuit. May 18, 1897.) No. 560. Appeal from the Circuit Court of the United States for the Western District of Texas. This was a suit in equity to foreclose a mortgage on a bridge across the Rio Grande river, and the property and franchises connected therewith. The question raised by the assignment of error was the same as that in International Bridge & Tramway Co. v. Holland Trust Co., 81 Fed. 422. Oscar Bergstrom, for appellant. Winchester Kelso and Geo. M. Van Housen, for appellee. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The assignment of error in this case is not well taken. Muller v. Dows, 94 U. S. 444. The decree appealed from is affirmed.

---

SCANES v. BURT. (Circuit Court of Appeals, Sixth Circuit. May 4, 1897.) No. 493. In Error to the Circuit Court of the United States for the Northern District of Ohio, Western Division. F. E. Wright, for plaintiff in error. No opinion. Dismissed for failure to print the record, pursuant to the twenty-third rule.

---

SINTON v. PECK, Tax Collector. (Circuit Court of Appeals, Sixth Circuit. May 17, 1897.) No. 492. In Error to the Circuit Court of the United States for the District of Kentucky. Harmon, Colston, Goldsmith & Hoadly, for plaintiff in error. No opinion. Dismissed, pursuant to the twenty-third rule, for failure to print record.